### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **ALFREDO RODRIGUEZ,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No.  3:11-CV-3026-N-BH** |
| | ) | |
| **OCWEN LOAN SERVICING, LLC,** | ) | |
| **Defendant.** | ) | **Referred for Pretrial Management** |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the

Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, this case will be summarily dismissed for failure to prosecute or follow

orders of the court.

**SIGNED this 6th day of February, 2012.**

**UNITED STATES DISTRICT JUDGE**